Guy E. Rook, appellee, v. Walker D. Hines, director general of railroads, appellant.

Action to recover damages caused by delay in arrival of stock cars. Judgment for plaintiff. Appeal from the Circuit Court of Morgan county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1920. Reversed and remanded. Opinion filed October 27, 1920.

Wilson & Butler, for appellant. William N. Hairgrove, for appellee. Per Curiam.